No. 84–506. METROPOLITAN HOSPITAL v. PROVIDER RE-IMBURSEMENT REVIEW BOARD OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. C. A. 3d Cir. Certiorari denied.

No. 84–517. PARKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–527. SECURITY BANK & TRUST COMPANY OF LAWTON, OKLAHOMA v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 84–540. TOWNSHIP OF WINSLOW ET AL. v. BOOTH ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 84–548. NATIONAL TRANSIENT DIVISION, INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACK-SMITHS, FORGERS & HELPERS, AFL–CIO, ET AL. v. DONOVAN, SECRETARY OF LABOR. C. A. 10th Cir. Certiorari denied.

No. 84–556. AMERICAN SECURITY COUNCIL v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 84–566. O'LEARY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 84–606. KROMNICK ET AL. v. SCHOOL DISTRICT OF PHILA-DELPHIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 84–620. NEW JERSEY-PHILADELPHIA PRESBYTERY OF THE BIBLE PRESBYTERIAN CHURCH ET AL. v. NEW JERSEY STATE BOARD OF HIGHER EDUCATION ET AL. C. A. 3d Cir. Certiorari denied.

No. 84–630. MCINNES v. YAMAHA MOTOR CORP., U. S. A. Sup. Ct. Tex. Certiorari denied.

No. 84–645. HUSTLER MAGAZINE, INC. v. WOOD ET AL. C. A. 5th Cir. Certiorari denied.